AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.

**DOMINIQUE L. CAMPBELL**

**CRIMINAL COMPLAINT**

**CASE NUMBER:**

**(Name and Address of Defendant)**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __October 4, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant did, (Track Statutory Language of Offense)

having been convicted of a crime punishable by imprisonment for a term exceeding one year, ship and transport in interstate and foreign commerce, and possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Witness-PC 9mm semi-automatic pistol and 9mm ammunition.

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__.

I further state that I am __OFFICER JASON OMO__, and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

**Continued on the attached sheet and made a part hereof:**   ☒ Yes   ☐ No

Signature of Complainant
**OFFICER JASON OMO**
**UNITED STATES PARK POLICE**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
**Date**                              **City and State**

_____        _____
**Name & Title of Judicial Officer**      **Signature of Judicial Officer**

## **STATEMENT OF FACTS**

      On Tuesday, October 4, 2006, at about 12:49 a.m., sworn officers with the United States Park Police conducted a traffic stop Ridge Road and Alabama Avenue, S.E., Washington, D.C.  While talking to the defendant, Dominique Campbell, who was the driver of the car, officers detected the odor of alcohol on the defendant's breath.  Officers asked the defendant if he had been drinking, and the defendant stated that he had three beers and a shot of Hennessey earlier.  Officer has the defendant to exit the car.  When officers asked the defendant if he had any weapons on him, the defendant looked down as his waistband area, and then started to fight with officers.  As officers struggled with the defendant they saw a black handgun in the defendant's hand.  Officers were able to knock the gun from the defendant's hand.  A short time later, officers were able to place the defendant in handcuffs. Officers recovered a loaded Witness-PC 9mm semi-automatic pistol.  The gun was cocked and ready to fire.  A search of the car revealed several partially burnt brown hand rolled cigarettes.  A portion of the of the contents of the hand rolled cigarettes filed tested positive for THC.  Officers placed the defendant under arrest.  To the best of the undersigned officer's knowledge, defendant Dominique Campbell has previously been convicted in the United States District Court for the District of Columbia, Criminal Case No. 01-295, of a crime punishable by imprisonment for a term exceeding one year.  Before filing this complaint, the officer reviewed at least one computer print-out of the defendant's criminal history and it showed that the defendant had been convicted of such a crime.  He wrote his initials on the computer print-outs that he reviewed, so that he would recognize them again in the future.  To the best of this officer's knowledge, there are no Witness-PC 9mm semi-automatic pistols nor ammunition manufactured in the District of Columbia.

_____
OFFICER JASON OMO
UNITED STATES PARK POLICE

SWORN AND SUBSCRIBED BEFORE ME ON THIS \_\_\_\_\_ DAY OF OCTOBER, 2006.

_____
U.S. MAGISTRATE JUDGE