**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

OCT 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) | Crim. No. 06-428(DAR) |
|---|---|---|
| v. | ) | |
| DOMINIQUE L. CAMPBELL | ) | |

### ORDER

Upon consideration of the defendant's *unopposed* Motion to Continue the Consolidate Detention and Preliminary Hearing and to Exclude Time under the Speedy Trial Act and good cause having been shown, it is hereby

**ORDERED** that defendant's motion is granted; and it is

**FURTHER ORDERED** that the defendant's Detention and Preliminary Hearing is scheduled for November 9, 2006 at 1:45 p.m. and that a total of twenty one (21) days is excluded because the Court finds that ends of justice outweigh the best interest of the public and the defendant in granting the continuance and exclusion of time.

**SO ORDERED**

10/19/06
DATE

DEBORAH A. ROBINSON
UNITED STATES MAGISTRATE JUDGE

Carlos J. Vanegas
Assistant Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004

Angela George
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530